UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SAMUEL LIT,**<br><br>    Plaintiff,<br><br>v.<br><br>**ZAZZLE INC.,**<br><br>    Defendant. | Civil Action No. 1:16-cv-07054<br><br>The Honorable Robert W. Gettleman |

### ZAZZLE INC.'S UNOPPOSED MOTION FOR AN EXTENSION
### OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Zazzle Inc. moves for an extension of 30 days, up to and including September 5, 2016, in which to answer or otherwise respond to the Complaint of Plaintiff Samuel Lit (ECF 1), filed in the above-captioned action. In support of this agreed motion, Defendant states as follows:

1)    Plaintiff filed the Complaint in this action on July 7, 2016.

2)    Defendant was served with the Complaint on July 14, 2016. Defendant's answer or responsive pleading is currently due on August 4, 2016.

3)    Counsel for Defendant requests the extension so that it may more fully evaluate the claims in this action and to prepare Defendant's responsive pleadings to the Complaint. Plaintiff has agreed to the requested extension and does not oppose this motion for an extension of time to answer or otherwise plead.

4)    This request is made in the interests of justice and not for the purpose of delay.

Dated: August 1, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: _Neil J. McNabnay_
　　　　　　　　　　　　　　　　　　　　Neil J. McNabnay
　　　　　　　　　　　　　　　　　　　　njm@fr.com
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24002583
　　　　　　　　　　　　　　　　　　　　David B. Conrad
　　　　　　　　　　　　　　　　　　　　conrad@fr.com
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24049042
　　　　　　　　　　　　　　　　　　　　Theresa M. Dawson
　　　　　　　　　　　　　　　　　　　　tdawson@fr.com
　　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6289332

　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　(214) 747-5070 (Telephone)
　　　　　　　　　　　　　　　　　　　　(214) 747-2091 (Facsimile)

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT ZAZZLE INC.**

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on August 1, 2016 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filings to all registered attorneys of record.

　　　　　　　　　　　　　　　　　　　　_/s/ Theresa M. Dawson_
　　　　　　　　　　　　　　　　　　　　Theresa M. Dawson