IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL LIT,<br><br>        Plaintiff,<br><br>    vs.<br><br>ZAZZLE INC.,<br><br>        Defendant. | Case No. 1:16-cv-07054<br><br>Hon. James B. Zagel<br>Magistrate: Hon. Sheila Finnegan |

**JOINT MOTION TO STAY CASE**

Plaintiff Samuel Lit ("Lit") and Defendant Zazzle Inc. ("Zazzle") respectfully move the Court for an order staying all discovery and deadlines in this case pending the Court's ruling on Zazzle's motion to dismiss. In support of this motion, the parties state as follows:

1. On July 7, 2016 Lit filed a complaint for patent infringement against Zazzle. (Dkt. No. 1.)

2. On September 6, 2016, Zazzle filed a motion to dismiss the complaint for failure to state a claim. (Dkt. No. 13.)

3. On September 16, 2016, the Court ordered that Lit respond to Zazzle's motion by October 11, 2016 and Zazzle reply by October 24, 2016. (Dkt. No. 17.) The Court has set a ruling on Zazzle's motion for December 13, 2016 at 9:30 a.m. (*Id.*)

4. Considering that the Court's ruling on Zazzle's motion to dismiss may be dispositive, the parties agree that the resources of the parties and the Court would best be served by staying this matter until the Court has ruled on the motion.

WHEREFORE, Lit and Zazzle move the Court for an order staying all discovery and deadlines pending the Court's ruling on Zazzle's motion to dismiss.

-2-

| | |
|---|---|
| Date:  September 23, 2016 | Respectfully submitted, |

| | |
|---|---|
| */s/ Stephen C. Jarvis* | */s/ David B. Conrad* |
| Matthew M. Wawrzyn (#6276135) | Neil J. McNabnay |
| *matt@wawrzynlaw.com* | mcnabnay@fr.com |
| Stephen C. Jarvis (#6309321) | Texas Bar No. 24002583 |
| *stephen@wawrzynlaw.com* | David B. Conrad |
| **WAWRZYN & JARVIS LLC** | conrad@fr.com |
| 233 S. Wacker Dr., 84th Floor | Texas Bar No. 24049042 |
| Chicago, IL 60606 | Theresa M. Dawson |
| (312) 283-8010 | tdawson@fr.com |
| | Texas Bar No. 24065128 |
| *Counsel for Samuel Lit* | **FISH & RICHARDSON P.C.** |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | (214) 747-5070 - Telephone |
| | (214) 747-2091 – Facsimile |
| | |
| | *Counsel for Zazzle Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on September 23, 2016 a true and correct copy of the foregoing **Joint Motion to Stay Case** was filed electronically with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ Stephen C. Jarvis*