UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Samuel Lit

                Plaintiff,

v.                                      Case No.: 1:16–cv–07054
                                        Honorable Thomas M. Durkin

Zazzle Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 22, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:The parties contacted this Court's courtroom deputy to say that they were unable to reach a settlement and they would like for the Court to rule on the motion to dismiss [13]. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.